No. 01–6314. PIGGIE *v.* MCBRIDE, SUPERINTENDENT, WEST-VILLE MAXIMUM CONTROL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 01–6316. MCDONALD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–6318. DIAZ RODRIGUEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6331. PACHECO-CASTILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6335. ROCHA LEOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6336. ZARATE-DIAZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6343. MIRAMONTES-MARISCAL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6344. VALDEZ-CHAVEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6345. ACOSTA-NAVARRO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6347. LOMBARDI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6348. MEZA-ROMAN *v.* UNITED STATES; and AVILA-AMAYA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 164 (first judgment) and 165 (second judgment).

No. 01–6350. ESCALERA-DIAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6351. AGHA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–6352. BURNER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.